AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| JOSE ISLAS CARBAJAL and JUAN CARLOS ISLAS CARBAJAL<br><br>*Plaintiff(s)*<br><br>v.<br><br>3606 ASSOCIATES INC. d/b/a PINK NORI, KI MOON RESTAURANT CORP. d/b/a PINK NORI, KIA NUEN TANG A/K/A DENNY OR DANNY, JESSE C TANG, MENG MING TANG, JERRY TANG, SIEW M<br><br>*Defendant(s)* | Civil Action No. 24-cv-3500 JAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna B. Mahoney

CLERK OF COURT

Date: 05/14/2024



*Alisha Francis*
Signature of Clerk or Deputy Clerk

Case 1:24-cv-03500-JAM   Document 4   Filed 05/14/24   Page 2 of 3 PageID #: 28

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 24-cv-3500 JAM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by **Fed. R. Civ. P. 4** (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print       Save As...       Reset

**RIDER**

3606 ASSOCIATES INC. d/b/a PINK NORI
3606 30TH AVE
ASTORIA, NY 11103

KI MOON RESTAURANT CORP. d/b/a PINK NORI
3606 30TH AVE
ASTORIA, NY 11103

KIA NUEN TANG A/K/A DENNY OR DANNY
6931 174th St Apt 2F
Fresh Meadows, NY 11365-3410

JESSE C TANG
3006 44th St Apt 3
Astoria, NY 11103-2244

MENG MING TANG
6931 174th St
Fresh Meadows, NY 11365-3410

JERRY TANG
6931 174th St
Fresh Meadows, NY 11365-3410

SIEW MOY LOW a/k/a Maggie Low
4228 66th St
Woodside, NY 11377-5057

THEAN C CHONG
36-06 30th Ave
Astoria, NY 11103

HUA LIU
36-06 30th Ave
Astoria, NY 11103